UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Ada Perkins,
    Plaintiff

v.                              Case No.  1:10-cv-233

Commissioner of Social Security,
    Defendant

# ORDER

    This matter is before the Court on the Magistrate Judge's Report and Recommendation filed September 29, 2011 (Doc. 18).

    Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. See <u>United States v. Walters</u>, 638 F.2d 947 (6th Cir. 1981).   As of the date of this Order, no objections to the Magistrate Judge's Report and Recommendation have been filed.

    Having reviewed this matter <u>de</u> <u>novo</u> pursuant to 28 U.S.C. § 636, we find the Magistrate Judge's Report and Recommendation correct.

    Accordingly,  it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED**. Plaintiff's motion for attorney fees and costs is **DENIED** as moot.  The parties' joint motion stipulating to an award of attorney fees and costs is **GRANTED**.  Plaintiff is awarded $1,695.75 in attorney fees and $350.00 in costs and expenses for a total award of $2,045.75.

Date: October 18, 2011                         s/Sandra S. Beckwith
                                                        Sandra S. Beckwith, Senior Judge
                                                        United States District Court